IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:23-CR-00010 (WLS-TQL-1) |
| ISAAC CAMON, | : |
| | : |
| Defendant. | : |

**ORDER**

Before the Court is a Joint Motion for Continuance (Doc. 25) submitted by the Government on March 29, 2023. Therein, Counsel for the Defendant requests that this Court continue both the pretrial conference specifically set for April 11, 2023, and the case specifically set for May 8, 2023, to the next available Valdosta trial term. (*Id.*) Parties explain that a continuance is needed because Defense Counsel needs time to review the discovery and consider the potential need for motions or to request additional information. (*Id.*) Additionally, Parties state that they have not had a chance to engage in any meaningful effort to resolve the matter without the need for trial. (*Id.*)

Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Joint Motion for Continuance to (Doc. 25) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division August 2023 trial term beginning on August 7, 2023, and its conclusion, or as may otherwise be ordered by the Court. Accordingly, the pretrial conference set for April 11, 2023, is **CANCELED**.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this  31st  day of March 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**