# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : CASE NO. 7:23-CR-10 (LAG) |
| | : |
| **ISAAC CAMON** | : |
| | : |
| **Defendant** | : |
| | : |

## PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT

WHEREAS, on August 9, 2023, Defendant Isaac Camon (hereinafter "Camon" or "Defendant"), pled guilty to Count One of the Indictment charging him with Wire Fraud, in violation of Title 18, United States Code, Section 1343;

AND WHEREAS, the Indictment contained a Forfeiture Notice, pursuant to which the United States seeks forfeiture under Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), of any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense(s), including, but not limited to a personal money judgment in an amount to be determined;

AND WHEREAS, the Defendant pled guilty to a written Plea Agreement to Count One of the Indictment charging that Camon, aided, abetted, and assisted by others unknown to the Grand Jury, did, knowingly devise and intended to devise a scheme and artifice to defraud the State of Georgia, Department of Labor, and the United States in

order to obtain money and property by means of materially false and fraudulent pretenses, representations and promises and by the omission of material facts, and, for the purpose of advancing, furthering, and carrying out that scheme, did transmit and cause to be transmitted himself and by others and by means of a wire communication in interstate commerce certain writings, signs, signals and sounds, that is: the electronic submission of false and fraudulent claims for unemployment benefits under state and federal pandemic assistance programs, the periodic electronic transfer of unemployment benefit funds into a payment account with Comerica Bank, and electronic access of those funds using a debit card to withdraw and use those fraudulently obtained funds, all in violation of Title 18, United States Code, Section 1343;

AND WHEREAS, the United States has filed an Amended Motion and Memorandum for the Issuance of a Preliminary Order of Forfeiture/Money Judgment for the Purpose of Resentencing on Remand against Camon in the amount of sixteen thousand, three hundred twenty-two dollars ($16,322.00), representing the proceeds of the violation, obtained directly or indirectly, as a result of such offense(s); and

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

2

1.  Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b), Federal Rules of Criminal Procedure, the Court finds by a preponderance of the evidence that the United States has demonstrated the required nexus between the personal money judgment amount and the offense(s) of conviction, and the Defendant shall forfeit to the United States the sum of sixteen thousand, three hundred twenty-two dollars ($16,322.00).

2.  The United States District Court, Middle District of Georgia, shall retain jurisdiction in the case for the purpose of enforcing this Order of Forfeiture/Money Judgment.

3.  Pursuant to FED. R. CRIM. P. 32.2(b)(4), this Order of Forfeiture/Money Judgment shall become final as to the Defendant at the time of resentencing and shall be made part of the sentence and included in the judgment.

4.  As issued this date, this Order of Forfeiture/Money Judgment consists of a judgment for a sum of money. The United States may, at any time, move pursuant to FED. R. CRIM. P. 32.2(e), to amend this Order of Forfeiture/Money Judgment if the Government locates specific assets traceable to the subject property or other assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), through 18 U.S.C. § 981(a)(1)(C).

SO ORDERED, this __26th__ day of __June_____, 2025.

/s/ Leslie A. Gardner
LESLIE ABRAMS GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA


PREPARED BY:

WILLIAM R. KEYES
UNITED STATES ATTORNEY

*/s/ Michael P. Morrill*
MICHAEL PATRICK MORRILL
Assistant United States Attorney
Georgia Bar Number: 545410